1

2

3

4

5

6

7

8                         United States District Court

9                         Eastern District of California

10

11

12   United States of America,

13              Plaintiff,              No.  04-74 LKK

14       vs.                            Detention Order (Violation of
                                        Pretrial Release, Probation or
15   Milton Henry Carter,               Supervised Release)

16              Defendant.

17                                      -oOo-

18   _____        After  a  hearing  pursuant  to  18  U.S.C.  § 3148
                  (violation of pretrial release order), the court
19                finds:

20        _____        There is probable cause to believe the person
                       has committed a federal, state or local crime
21                     while  on  release  and  the  defendant  has  not
                       rebutted the presumption that his release will
22                     endanger another or the community or

23        _____        There  is  clear  and  convincing  evidence  that
                       the defendant has violated another condition
24                     of release and

25        _____        based on the factors set forth in 18 U.S.C. §
                       3142 (g) there is no condition or combination
26                     of conditions of release that will assure that
                       the defendant will not flee or pose a danger

1        to the safety of another person or the
         community or

2

3        _____    the person is unlikely to abide by any
                  condition or combination of conditions of
                  release.    F.R.Cr.P.  32.1(a)(D),46(c),  18

4                 U.S.C. § 3148.

5        X        Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18
                  U.S.C. § 3143 (violation of probation or supervised

6                 release) the court finds defendant has not met his
                  burden of establishing by clear and convincing

7                 evidence that he will not flee or pose a danger to
                  another person or to the community.

8

      IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4)
9    defendant is committed to the custody of the Attorney General for
     confinement in a corrections facility separate, to the extent
10   practicable, from persons awaiting or serving sentences or being
     held in custody pending appeal.  The defendant shall be afforded
11   reasonable opportunity for private consultation with his counsel.
     Upon further order of a court of the United States or request of an
12   attorney for the United States the person in charge of the
     corrections facility in which defendant si confined shall deliver
13   defendant to a United States Marshal for the purpose of an
     appearance in connection with a court proceeding.

14

15      Dated:  August 8, 2005.

16

17                                  /s/ Peter A. Nowinski
                                    Peter A. Nowinski
18                                  Magistrate Judge

19

20

21

22

23

24

25

26

                                    2